UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK PICOZZI, | Case No. 2:15-CV-816 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| SERGEANT JUDD, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Mark Picozzi's motion for an extension of time to furnish the U.S. Marshall Service with USM-285 forms. (ECF No. ECF No. 17). Defendants have not responded and the deadline to do so has passed. Plaintiff also files a motion to have defendants served. (ECF No. 23).

Plaintiff requests a sixty-day extension of time because he will be receiving medical care for kidney stones. Good cause appearing, plaintiff's request for a sixty day extension is granted.

In the same motion, plaintiff requests leave to amend his complaint in order to name two additional defendants. In accordance with Local Rule 2-2(B), plaintiff's motion is improperly filed. *See* LR 2-2(B) ("For each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document"). The court therefore denies plaintiff's request.

Plaintiff's motion to have defendants served (ECF No. 23) also does not follow proper procedure. This court instructed plaintiff to furnish the U.S. Marshal with the required USM-285 forms which contain the relevant information as to each defendant on each form. (ECF No. 15 at 15). The court will instruct the clerk's office to resend these forms. Plaintiff must fill them out and send them to the U.S. Marshal in order to proceed.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that the clerk of the court SHALL SEND to the plaintiff twelve (12) USM-285 forms, one copy of the complaint and a copy of this order. The plaintiff shall have thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form. Within twenty (20) days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, the plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If the plaintiff wishes to have service against attempted on an unserved defendant(s), then a motion must be filed with the court identifying the unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or whether some other manner of service should be attempted.

IT IS FURTHER ORDERED that plaintiff shall have sixty (60) days within which to furnish the U.S. Marshall Service with USM-285 forms pursuant to the prior screening order (ECF No.15).

IT IS FURTHER ORDERED that plaintiff's request leave to amend is DENIED. (ECF No. 18).

IT IS FURTHER ORDERED that defendants' motion to have defendants served (ECF No. 23), is DENIED consistent with the foregoing.

DATED July 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -