UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARK PICOZZI,<br><br>          Plaintiff,<br>v.<br>SGT. JUDD, et al.,<br><br>          Defendants. | Case No. 2:15-cv-00816-JCM-PAL<br><br>ORDER<br><br>(Mot for Depo – ECF No. 33) |

Before the court is Defendants' Motion for Leave to Take the Deposition of Mark Picozzi, an Incarcerated Person (ECF No. 33). The motion represents that Plaintiff Mark Picozzi is currently in custody at the Clark County Detention Center awaiting sentencing. His deposition is needed in preparation of the defense in this matter which requires an order pursuant to Fed. R. Civ. P 30(a)(2)(B). For good cause shown,

**IT IS ORDERED** that Defendants' Motion for Leave to Take the Deposition of Mark Picozzi, an Incarcerated Person (ECF No. 33) is **GRANTED**, and Mark Picozzi's deposition may go forward at the place of his incarceration.

DATED this 11th day of August, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1