CHAD C. COUCHOT
Nevada Bar No. 12946
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
Fax: 568-0400
Email: calendar@szs.com

KIM MANDELBAUM
Nevada Bar No. 318
MANDELBAUM ELLERTON & ASSOCIATES
2012 Hamilton Lane
Las Vegas, Nevada 89106
(702) 367-1234
Email: filing@memlaw.net

Attorneys for Defendant AMANDA VERTNER, LPN

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARK PICOZZI, | CASE NO. 2:15-cv-00816-JCM-PAL |
| Plaintiff, | **STIPULATION TO DISMISS DEFENDANT AMANDA VERTNER WITH PREJUDICE** |
| vs. | |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendants. | |

The parties hereby stipulate to dismissal of Defendant Amanda Vertner with prejudice. In exchange for her dismissal, Ms. Vertner will make herself available as a witness at trial, without a subpoena, and Ms. Vertner will testify truthfully at trial. Further, Ms. Vertner's counsel will provide plaintiff Mark Picozzi with a copy of plaintiff's

///

///

///

///

medical records from High Desert State Prison and University Medical Center, within one week of receipt of those records.

Dated: June 13, 2018

_____
CHAD C. COUCHOT, ESQ.
Nevada Bar #: 12946
SCHUERING ZIMMERMAN & DOYLE, LLP
Attorneys for Defendant AMANDA VERTNER

Dated: June 13, 2018

_____
Mark Picozzi (1163673)
High Desert State Prison
Plaintiff *IN PRO PER*

Dated: June 13, 2018

_/s/ Robert M. Freeman_
Robert M. Freeman
Nevada Bar #: 3062
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Defendants SGT SHAWN JUDD, OFFICER BRIAN HIGHTOWER, OFFICER JOSEPH DAOS, OFFICER VALYON GOINS, OFFICER TIMOTHY PHILLIPS, OFFICER HENRY COKER, OFFICER EDUARDO GARCIA, OFFICER GERALD RAZO, OFFICER JOANNE HANS AND OFFICER BROOKS

Based on the stipulation of the parties, Defendant Amanda Vertner is hereby dismissed with prejudice.

**IT IS ORDERED.**

Dated: June 18, 2018.

_____
UNITED STATES DISTRICT JUDGE